UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
LENA KADDURA, *et al.*,                )
                                       )
           Plaintiffs,                 )
                                       )   Case Number: 1:06CV00099
     v.                                )   Judge: Ellen Segal Huvelle
                                       )   Date:  February 10, 2006
DISTRICT OF COLUMBIA, *et al.*,        )
                                       )
           Defendants.                 )
_____ )

## NOTICE OF ENTRY OF APPEARANCE OF DENISE J. BAKER, AS COUNSEL

Please enter the appearance of Denise J. Baker, Assistant Attorney General, as counsel for the defendant, District of Columbia, in the above-captioned matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____/s/_____
RICHARD S. LOVE [340455]
Chief, Equity I

_____/s/_____
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-724-6598