UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LENA KADDURA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Case Number: 1:06CV00099<br>)  Judge: Ellen Segal Huvelle<br>)  Date:   February 10, 2006<br>)<br>)<br>)<br>) |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant, District of Columbia, by and through counsel, respectfully moves this Honorable Court pursuant to Fed.R.Civ.P. 6(b), for an Order enlarging the time to file an Answer or Otherwise Respond to Plaintiff's Complaint by 30 days.

1. Defendant District of Columbia was served in this action on January 25, 2006. Time to answer or otherwise respond to the complaint expires on February 14, 2006.

2. Defendant is requesting additional time to investigate the numerous facts and circumstances alleged in order to appropriately respond to the complaint.

3. The time requested is the time defendant reasonably anticipates is necessary to contact knowledgeable employees, review any relevant documents, and to otherwise fully investigate the allegations of the complaint.

5. This is the first request for an enlargement of time for this filing deadline, and the enlargement will not prejudice any party or unduly delay the resolution of this matter.

6. Counsel for Defendant was unable to obtain consent from Plaintiff's counsel for more than 20 additional days prior to filing the instant motion.

Wherefore, Defendant respectfully requests that the Court grant an enlargement of time by 30 days to March 16, 2006, to file an Answer or Otherwise Respond to Plaintiff's Complaint.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        RICHARD S. LOVE [340455]
        Chief, Equity I

        __/s/_____
        DENISE J. BAKER [493414]
        Assistant Attorney General, DC
        441 Fourth Street, NW
        Sixth Floor South
        Washington, DC  20001
        202-442-9887

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LENA KADDURA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case Number: 1:06CV00099 |
| v. ) | Judge: Ellen Segal Huvelle |
| ) | Date: February 10, 2006 |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

1. Fed.R.Civ.P. 6(b).

2. The record herein.

3. Absence of prejudice to the parties.

4. The equitable powers of this Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

RICHARD S. LOVE [340455]
Chief, Equity I

___/s/_____
DENISE J. BAKER [493414]
Assistant Attorney General, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001
202-442-9887