UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA KADDURA, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Case Number: 1:06CV00099<br>Judge: Ellen Segal Huvelle<br>Date: February 10, 2006 |

## **ORDER**

Upon consideration of Defendant, District of Columbia's, Motion to Enlarge the Time to File its Answer or Otherwise Respond to Plaintiffs' Complaint, the Memorandum of Points and Authorities in support thereof, and the record herein, it is hereby,

ORDERED that Defendant District of Columbia's Motion be and hereby is GRANTED, and it is further

ORDERED that Defendant's deadline to file an Answer or Otherwise Respond to Plaintiff's Complaint is hereby EXTENDED up to and including March 16, 2006.

_____
Judge Ellen Segal Huvelle