IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA KADDURA,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0099 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the report filed by the plaintiffs and the District of Columbia pursuant to Local Civil Rule 16.3(d), it is hereby ORDERED:

1. Counsel for the Plaintiffs and for the District of Columbia shall work cooperatively to identify the defendants John Doe Officers #1-5. Plaintiff shall file an amended complaint naming the additional defendant promptly upon ascertaining all of their identities. If an amended complaint has not been filed within 60 days, Plaintiffs shall file a status report regarding their efforts to identify defendants John Doe Officers #1-5.

2. The parties shall make initial disclosures under Rule 26(a)(1) on or before May 1, 2006.

3. Fact discovery in this case shall begin upon the filing of this order.

4. Fed. R. Civ. P. 33 shall govern the number of interrogatories that may be propounded, Fed. R. Civ. P. 30 shall govern the number of depositions that may be taken,

and document requests shall be limited to 20, all absent good cause shown for additional discovery.

     5.  Fact discovery shall conclude six months after defendants John Doe Officers #1-5 file answers to an amended complaint which identifies them as named defendants.

     6.  If plaintiffs determine to use an expert witness, that expert's report shall be filed within 60 days after the close of fact discovery.  If defendants then determine to use an expert witness, that expert's report will be due 60 days after service of plaintiffs' expert report, and shall be limited to the same subjects or topics as the plaintiffs' report.  Depositions of expert witnesses may be taken at any time between the filing of the plaintiff's expert report and 45 days after the filing of the defendant's expert report.

     7.  The parties shall confer at the close of discovery and shall file a status report indicating whether any motion(s) for summary judgment or partial summary judgment will be filed and, if so, proposing a schedule for such motions.  If no motion(s) for summary judgment or partial summary judgment are to be filed, the parties shall contact the Courtroom Deputy Clerk for the purpose of scheduling a status conference.

Dated: April _____, 2006

                                                                                                    _____
                                                                                                    Ellen S. Huvelle
                                                                                                    United States District Judge