IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lena Kaddura, *et al* <br><br> Plaintiffs, <br><br> v. <br><br> District of Columbia, *et al* <br><br> Defendants. | Civil Action No. 06-0099 (ESH) |

**NOTICE OF ENTRY OF APPEARANCE OF ABID R. QURESHI, AS COUNSEL**

To the Clerk of this Court and All Parties of Record:

    Please enter the appearance of Abid R. Qureshi as counsel in this case for: Ms. Lena Kaddoura, Ms. Megan McKee, Ms. Morrigan Phillips, and Mr. Josh Raisler Cohn.

Dated: June 29, 2006

Respectfully submitted,

Abid R. Qureshi

LATHAM & WATKINS LLP

By_____/S/_____
Abid R. Qureshi (DC Bar ID# 459227)
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
(202) 637-2200

DC\895908.1