IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA KADDOURA,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0099 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter having come before the Court on the Plaintiffs' Motion for Leave to File Amended Complaint, and all other submissions related hereto,

It is hereby **ORDERED** that the Plaintiffs' Motion for Leave to File Amended Complaint is **GRANTED** and the Amended Complaint shall be filed.

So **ORDERED** this ___ day of _____, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Attorneys Entitled to be Notified of Entry of Order:

**Denise J. Baker**
Office of the Attorney General for
the District of Columbia
441 4th Street, NW
Room 6S028
Washington, DC 20001
Tel: (202) 442-9887
Fax: (202 727-0431
denise.baker@dc.gov

**Abid Qureshi**
Latham & Watkins, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
abid.qureshi@lw.com

**Arthur B. Spitzer**
American Civil Liberties Union
of the National Capital Area
1400 20th Street, N.W. Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com