IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA KADDOURA**, *et al.*, ) | |
| ) | |
| **Plaintiffs**, ) | |
| ) | |
| v. ) | Civil Action No. 06-0099 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. P. 6(b), the parties jointly move for a 120-day extension of the discovery deadline contained in the Scheduling Order entered by this Court on April 13, 2006. As explained herein, there is good cause for the extension.

The Scheduling Order calls for discovery to be completed by January 15, 2007, with expert reports due October 30, 2006 and November 30, 2006 for Plaintiffs and Defendants, respectively. A status conference is scheduled for January 22, 2007, at 9:30 a.m.

Plaintiffs have contemporaneously moved this Court to amend their Complaint to add four additional plaintiffs to the litigation, which, if granted, would require some additional discovery. In addition, the parties are still at a very early stage of the discovery process, and Plaintiffs have not yet been able to identify the John Doe officers. Under the present schedule, expert reports are soon due, but those experts would not have the full information that will likely be available after more discovery has been conducted. Plaintiffs accordingly ask that fact discovery be extended for 120 days, to May 15, 2007 and that plaintiffs' expert report(s) be due 30 days after that, June 14, 2007. Defendants' expert report(s) would be due 30 days later, on

July 14, 2007. A 30-day period for expert discovery would close on August 13, 2007. A status conference should be scheduled at the Court's convenience after August 13, 2007.

For the foregoing reasons, the parties respectfully request that the Court grant this Motion, and extend the Scheduling Order as requested.

A proposed Order is filed herewith.

October 10, 2006                                    Respectfully submitted,


    /s/ Abid R. Qureshi
Abid R. Qureshi (D.C. Bar No. 459227)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
*Counsel for Plaintiffs*

Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar No. 455377)
American Civil Liberties Union
    of the National Capital Area
1400 20th Street, N.W. Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
*Of Counsel*

Denise J. Baker (D.C. Bar No. 493414)
Assistant Attorney General, D.C.
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
Tel: (202) 442-9887
*Counsel for Defendant District of Columbia*