IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA KADDOURA,** *et al.,*          ) | |
|          ) | |
|          **Plaintiffs,**          ) | |
|          ) | |
|          v.          ) | Civil Action No. 06-0099 (ESH) |
|          ) | |
| **DISTRICT OF COLUMBIA,** *et al.,*          ) | |
|          ) | |
|          **Defendants.**          ) | |

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of plaintiffs' Joint Motion for Extension of Discovery Deadlines, this Court finds there is good cause to extend the Scheduling Order. It is hereby **ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED** that the Scheduling Order in this matter is amended as follows:

1. Fact discovery shall be completed by May 15, 2007.

2. Reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., by plaintiffs' retained experts are due by June 14, 2007.

3. Reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., by defendants' retained experts are due by July 14, 2007.

4. Expert discovery shall be completed by August 13, 2007.

5. A status conference is scheduled for _____, at _____ a.m.

So **ORDERED** this ___ day of _____, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Attorneys Entitled to be Notified of Entry of Order:

**Denise J. Baker**
Office of the Attorney General for
the District of Columbia
441 4th Street, NW
Room 6S028
Washington, DC 20001
Tel: (202) 442-9887
Fax: (202 727-0431
denise.baker@dc.gov

**Abid Qureshi**
Latham & Watkins, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
abid.qureshi@lw.com

**Arthur B. Spitzer**
American Civil Liberties Union
of the National Capital Area
1400 20th Street, N.W. Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com