UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA KADDURA, et. al., | : |
|       Plaintiffs, | : Civil Action No. 06-0099 (ESH) |
| v. | : |
| DISTRICT OF COLUMBIA, et. al., | : |
|       Defendants. | : |

CONSENT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

Pursuant to Fed. R. Civ. P. 6(b), the District Defendants move for a 60-day extension of the discovery deadline contained in the Scheduling Order entered by this Court on April 13, 2006. As explained herein, there is good cause for the extension.

The Scheduling Order calls for discovery to be completed by May 15, 2007, with expert reports due June 14, 2007 and July 14, 2007 30, 2006 for Plaintiffs and Defendants, respectively.  A status conference is scheduled for August 15, 2007, at 9:30 a.m.

This Court has granted Plaintiffs' motion to amend their Complaint to add four additional plaintiffs to the litigation, which requires some additional discovery.  Depositions for all eight (8) Plaintiffs have been scheduled; however, the parties have not yet been able to identify the John Doe officers. Under the present schedule, expert reports are soon due, but those experts would not have the full information that will likely be available after more discovery has been conducted.

The District Defendants request that the fact discovery deadline be extended to July 5, 2007. The 26(a)(2)(B) report should be filed by Plaintiffs on August 14, 2007.  The District Defendants'

expert report would be due on September 14, 2007. Expert discovery should close on October 13, 2007. A status conference should be scheduled at the Court's convenience after November 13, 2007.

For the foregoing reasons, the District Defendants respectfully request that the Court grant this Motion, and extend the Scheduling Order as requested. Plaintiffs consent to the relief sought by this motion.

A proposed Order is filed herewith.

                                                  Respectfully submitted,

                                                  LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

_____
ELLEN EFROS [250746]
Equity I, Section Chief

_____/s/_____
DENISE J. BAKER
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001