UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LENA KADDURA, et. al.,                  :
                                        :
          Plaintiffs,                   :
                                        :   Civil Action No. 06-0099 (ESH)
     v.                                 :
                                        :
DISTRICT OF COLUMBIA, et. al.,          :
                                        :
          Defendants.                   :

_____

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of District Defendants' Consent Motion for Extension of Discovery

Deadlines, this Court finds there is good cause to extend the Scheduling Order. It is hereby

ORDERED that the Motion is GRANTED;

and it is further ORDERED that the Scheduling Order in this matter is amended as follows:

1. Fact discovery shall be completed by July 15, 2007.

2. Reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., by plaintiffs' retained

experts are due by August 14, 2007.

3. Reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., by defendants' retained

experts are due by September 14, 2007.

4. Expert discovery shall be completed by October 13, 2007.

5. A status conference is scheduled for _____, at _____a.m.

So ORDERED this ___ day of _____, 2007.


_____
ELLEN SEGAL HUVELLE
United States District Judge