UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LENA KADDURA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Case Number: 1:06CV00099<br>Judge: Ellen Segal Huvelle<br>Date: March 1, 2007 |

## NOTICE OF ENTRY OF APPEARANCE OF ROBERT J. HILDUM, AS COUNSEL

Please enter the appearance of Robert J. Hildum, Assistant Attorney General, as counsel for the defendant, District of Columbia, in the above-captioned matter.

Pursuant to the Local Rules of the United States District Court for the District of Columbia, Robert J. Hildum has registered with the Clerk's office as a Government Attorney.

Respectfully submitted,

Linda Singer
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/ Ellen Efros
Ellen Efros (250756)
Chief, Equity I

   /s/ Robert J. Hildum
Robert J. Hildum
Assistant Attorney General
441 4th Street, Northwest
6th Floor South
Washington, D.C. 20001
202-724-6598