IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lena Kaddura, *et al*<br><br>        Plaintiffs,<br><br>     v.<br><br>District of Columbia, *et al*<br><br>        Defendants. | Civil Action No. 06-0099 (ESH) |

**NOTICE OF ENTRY OF APPEARANCE OF BARRY J. BLONIEN, AS COUNSEL**

To the Clerk of this Court and All Parties of Record:

    Please enter the appearance of Barry J. Blonien, of Latham & Watkins LLP, as counsel in this case for: Ms. Lena Kaddura, Ms. Megan McKee, Ms. Morrigan Phillips, Mr. Josh Raisler Cohn, Ms. Annie Campbell, Ms. Emma Stevenson, Mr. Jonathan McIntosh, and Mr. Roberto de Moraes.

Dated: April 12, 2007                                        Respectfully submitted,

                                                                           /s/ Barry J. Blonien_____
                                                             Barry J. Blonien (DC Bar No. 499590)
                                                            Latham & Watkins LLP
                                                            555 Eleventh Street, N.W.
                                                            Suite 1000
                                                            Washington, DC 20004-1304
                                                           Tel: (202) 637-2200
                                                           Fax: (202) 637-2201

DC\966210.1