IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lena Kaddura, *et al*<br><br>                Plaintiffs,<br><br>      v.<br><br>District of Columbia, *et al*<br><br>                Defendants. | Civil Action No. 06-0099 (ESH) |

**<u>NOTICE OF ENTRY OF APPEARANCE OF TIMOTHY D. SAUNDERS, AS COUNSEL</u>**

To the Clerk of this Court and All Parties of Record:

    Please enter the appearance of Timothy D. Saunders, of Latham & Watkins LLP, as counsel in this case for: Ms. Lena Kaddura, Ms. Megan McKee, Ms. Morrigan Phillips, Mr. Josh Raisler Cohn, Ms. Annie Campbell, Ms. Emma Stevenson, Mr. Jonathan McIntosh, and Mr. Roberto de Moraes.

| | |
|---|---|
| Dated: April 12, 2007 | Respectfully submitted,<br><br><u>/s/ Timothy D. Saunders</u><br>Timothy D. Saunders (DC Bar No. 499567)<br>Latham & Watkins, LLP<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, DC 20004-1304<br>Tel: (202) 637-2200<br>Fax: (202) 637-2201 |