IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA KADDOURA,** *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0099 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

### REQUEST FOR JUDGMENT

TO NANCY MAYER-WHITTINGTON, CLERK OF THE COURT:

On May 4, 2007, Pursuant to Fed. R. Civ. P. 68, the defendant District of Columbia ("the District") served upon the plaintiffs offers to allow judgment to be taken against the District and in favor of each of the plaintiffs upon the terms outlined in two separate offers. Specifically, the District agreed (1) to pay plaintiffs Emma Stevenson and Annie Campbell collectively the amount of $75,000, as well as all reasonable claims for attorneys' fees and other costs accrued through the date of the offer (*see* Exhibit A); and (2) to pay plaintiffs Lena Kaddoura, Megan McKee, Roberto De Moraes, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn collectively the amount of $150,000, as well as all reasonable claims for attorneys' fees and other costs accrued through the date of the offer (*see* Exhibit B). On May 10, the District's counsel agreed to extend the time for all of the plaintiffs to respond to the offer until May 30, 2007; and on May 25, the District's counsel further agreed to extend the time to respond until June 1, 2007.

On May 31, 2007, the District agreed that, as part of any settlement with the plaintiffs, the District and the Metropolitan Police Department will, within 90 days of settlement, institute a

new procedure for tracking the use of oleoresin capsicum ("pepper spray") during demonstrations, as detailed in Exhibit C.  On June 1, 2007, counsel for the plaintiffs wrote to the District's counsel seeking to clarify that the District has offered to allow judgment to be taken against it in exchange for (1) the payments set forth in its original offers of May 4, (2) payment of all reasonable claims for attorneys' fees and other costs accrued through June 1, 2007, and (3) implementation of the procedure as outlined in Exhibit C.  The letter seeking clarification of the offers is attached as Exhibit D.  On June 1, 2007, the District confirmed by email that those terms accurately reflected the District's offer.  The integrated Rule 68 offers are attached as Exhibits A and B.  On June 1, 2007, counsel for the plaintiffs served upon District's counsel written notice that the plaintiffs accept the offers.  The notice of acceptance is attached as Exhibit E and signature pages from each plaintiff are attached as Exhibit F.

      The plaintiffs hereby submit for filing the District's offer, as reflected in Exhibits A, B, C, and D; and the plaintiffs' notice of acceptance, as reflected in Exhibits E and F, together with proof of service.  Pursuant to Federal Rule of Civil Procedure 68, the plaintiffs request that the Clerk of this Court enter judgment against the District and in favor of each of the plaintiffs consistent with the terms of the offer.  A proposed judgment is attached as Exhibit G.  Counsel for the District of Columbia has confirmed to the undersigned that the District of Columbia has no objection to the entry of judgment in the form attached as Exhibit G.

      Respectfully submitted,

/s/ Abid R. Qureshi
Abid R. Qureshi (D.C. Bar No. 459227)
Barry J. Blonien (DC Bar No. 499590)
Timothy D. Saunders (DC Bar No. 499567)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000

Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Abid.Qureshi@lw.com

*Counsel for Plaintiffs*

Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar No. 455377)
AMERICAN CIVIL LIBERTIES UNION
    OF THE NATIONAL CAPITAL AREA
1400 20th Street, N.W. Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868

*Of Counsel*

June 28, 2007