**REQUEST FOR JUDGMENT**
**EXHIBIT A**

OFFERS OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO
PLAINTIFFS STEVENSON AND CAMPBELL, SERVED MAY 4, 2007

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LENA KADDOURA, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

Case Number: 1:06CV00099
Judge: Ellen Segal Huvelle
Date:   May 4, 2007

## OFFER OF JUDGMENT TO PLAINTIFFS EMMA STEVENSON AND ANNIE CAMPBELL PURSUANT TO FED. R. CIV. P. 68 BY DEFENDANT DISTRICT OF COLUMBIA

On this 4th day of May, 2007, defendant District of Columbia offers judgment, pursuant to Fed. Civ. P. 68, to Plaintiffs Emma Stevenson and Annie Campbell upon the following terms:

**Scope of Offer of Judgment and Resultant Judgment/Settlement**

1.    This offer must be accepted jointly by plaintiffs Emma Stevenson and Annie Campbell. Acceptance of this offer by Emma Stevenson and Annie Campbell is made in resolution and satisfaction of all claims that have been, could have been, or could be brought by Emma Stevenson and Annie Campbell against the District of Columbia and any and all persons who are now or ever have been agents, employees, officers, or officials of the District of Columbia at any time. Further, by accepting this offer, Emma Stevenson and Annie Campbell agree to hold the District of Columbia and any and all persons who are now or ever have been agents, employees, officers, or officials of the District of Columbia at any time harmless from

CONFIDENTIAL
FOR SETTLEMENT PURPOSES

**OFFERS OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS STEVENSON AND CAMPBELL, SERVED MAY 4, 2007**

any claims that have been, could have been, or could be brought against them by any other persons or entities in this matter.

2.    The District of Columbia and any and all defendants in this case who are now or ever have been agents, employees, officers, or officials of the District of Columbia at any time deny culpability and/or liability for or upon any claims asserted by Emma Stevenson and Annie Campbell in this matter. Entry of judgment based upon this Offer shall have no collateral estoppel or *res judicata* effect, whatsoever, or otherwise preclude these defendants from asserting any defense.

**Financial Consideration**

3.    The District of Columbia will pay the "Settlement Amount" of a total of **$75,000** to  Emma Stevenson and Annie Campbell in full satisfaction of all of claims by Emma Stevenson and Annie Campbell for damages and other relief encompassed by any and all Complaints now pending and/or any Complaint previously or subsequently-filed in this case. The District of Columbia shall also pay all reasonable claims for attorneys fees and/or other costs incurred in prosecuting this action through ~~the date of this Offer, May 4~~ June 1, 2007. Emma Stevenson and Annie Campbell agree, personally and on behalf of their attorneys, that under no circumstances may they or their attorneys obtain any monetary relief and/or recovery for any claims encompassed by this Offer in addition to this **$75,000** and the reasonable attorneys fees and/or costs described above from the District, or from any current or former official, officer, agent, or employee or any person who was an official, officer, agent, or employee of the District based upon said accepting plaintiffs' claims.

**OFFERS OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS STEVENSON AND CAMPBELL, SERVED MAY 4, 2007**

4.     The Settlement Amount is payable only from the funds of the District of Columbia and may not be collected from any other defendant in this action or from any other person or entity.

5.     Any judgment that may result from Emma Stevenson and Annie Campbell's acceptance of this offer may not be docketed, recorded, or reported for any purpose against any person or entity other than the District of Columbia.

6. Other relief as detailed in the District of Columbia's May 31, 2007 letter attached as "Exhibit A."

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity Section I

s/ Robert J. Hildum
ROBERT J. HILDUM
Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6610
Attorneys for Defendants District of Columbia and John Doe officers #1-5

Accepted, as modified, by :
~~ACCEPTED BY~~:

_____     on _____, 2007
EMMA STEVENSON

_____     on _____, 2007
ANNIE CAMPBELL

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES**

**OFFERS OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS STEVENSON AND CAMPBELL, SERVED MAY 4, 2007**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2007, I caused the foregoing

### OFFER OF JUDGMENT TO PLAINTIFFS EMMA STEVENSON AND ANNIE CAMPBELL PURSUANT TO FED. R. CIV. P. 68 BY DEFENDANT DISTRICT OF COLUMBIA

to be served BY ELECTRONIC TRANSMISSION upon:

Abid R. Qureshi
Barry Blonien
Timothy Saunders
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004

      and

Arthur B. Spitzer
Frederick V. Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, N.W, Suite 119
Washington, D.C. 20036

                           /s/ Robert J. Hildum
                           ROBERT J. HILDUM

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES**

**EXHIBIT A**

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General

Equity Section I
Civil Litigation Division



May 31, 2007

Barry J. Blonien, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

*Via: Electronic Mail*

Re:  Kaddoura, et al v. District of Columbia, et al
     Settlement

Dear Barry:

As part of any settlement with the plaintiffs, the District and the MPD will agree to institute a new procedure for tracking the use of oleoresin capsicum ("pepper spray") during demonstrations.  Within 90 days of the settlement of this action the MPD will amend their current procedures to reflect the following:

**Prior to the MK 46 (or any similar device) being assigned a determination would be made of the amount of oleoresin capsicum, or similar substance, contained in the MK 46.**

1.    **The assignment of the MK 46 to specific Officers would be documented.**

2.    **Upon returning the MK 46, the Officer assigned would complete a form noting whether or not they used the MK 46.  The MK 46 would be measured and would be noted on the form with the pre-measurement amount.**

3.    **Those forms would be forwarded to the Special Operations Commander.**

Once the policy is changed MPD Officers will be notified and will be trained accordingly to comply with the new policy.

May 31, 2007
Page 2 of 2

Sincerely,

LINDA SINGER
Attorney General for the District of Columbia


By: _____/s/_____
        Robert J. Hildum
        Assistant Attorney General

**REQUEST FOR JUDGMENT**
**EXHIBIT B**

OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO
PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN,
SERVED MAY 4, 2007

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LENA KADDOURA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case Number: 1:06CV00099 |
| ) | Judge: Ellen Segal Huvelle |
| v. ) | Date:   May 4, 2007 |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## OFFER OF JUDGMENT TO PLAINTIFFS LENA KADDOURA, MEGAN MCKEE, ROBERTO DE MOREAS, JONATHAN MCINTOSH, MORRIGAN PHILLIPS, AND JOSH RAISLER-COHN PURSUANT TO FED. R. CIV. P. 68 BY DEFENDANT DISTRICT OF COLUMBIA

On this 4th day of May, 2007, defendant District of Columbia offers judgment, pursuant

to Fed. R. Civ. P. 68, to Plaintiffs Lena Kaddoura, Megan McKee, Roberto DeMoreas, Jonathan

McIntosh, Morrigan Phillips, and Josh Raisler Cohn upon the following terms:

### Scope of Offer of Judgment and Resultant Judgment/Settlement

1.      This offer must be accepted jointly by plaintiffs Lena Kaddoura, Megan McKee,

Roberto DeMoreas, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn.  Acceptance

of this offer by Lena Kaddoura, Megan McKee, Roberto DeMoreas, Jonathan McIntosh,

Morrigan Phillips, and Josh Raisler Cohn is made in resolution and satisfaction of all claims that

have been, could have been, or could be brought by Lena Kaddoura, Megan McKee, Roberto

DeMoreas, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn against the District of

Columbia and any and all persons who are now or ever have been agents, employees, officers, or

officials of the District of Columbia at any time.  Further, by accepting this offer, Lena

CONFIDENTIAL
FOR SETTLEMENT PURPOSES

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN, SERVED MAY 4, 2007**

Kaddoura, Megan McKee, Roberto DeMoreas, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn agree to hold the District of Columbia and any and all persons who are now or ever have been agents, employees, officers, or officials of the District of Columbia at any time harmless from any claims that have been, could have been, or could be brought against them by any other persons or entities in this matter.

2.      The District of Columbia and any and all defendants in this case who are now or ever have been agents, employees, officers, or officials of the District of Columbia at any time deny culpability and/or liability for or upon any claims asserted by Lena Kaddoura, Megan McKee, Roberto DeMoreas, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn in this matter.  Entry of judgment based upon this Offer shall have no collateral estoppel or *res judicata* effect, whatsoever, or otherwise preclude these defendants from asserting any defense.

**Financial Consideration**

3.      The District of Columbia will pay the "Settlement Amount" of a total of **$150,000** to Lena Kaddoura, Megan McKee, Roberto DeMoreas, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn in full satisfaction of all of claims by Lena Kaddoura, Megan McKee, Roberto DeMoreas, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn for damages and other relief encompassed by any and all Complaints now pending and/or any Complaint previously or subsequently-filed in this case.  The District of Columbia shall also pay all reasonable claims for attorneys fees and/or other costs incurred in prosecuting this action through the date of this Offer, May 4, 2007.  Lena Kaddoura, Megan McKee, Roberto DeMoreas, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn agree, personally and on behalf of their attorneys, that under no circumstances may they or their attorneys obtain any monetary relief and/or recovery for any claims encompassed by this Offer in addition to this **$150,000** and

CONFIDENTIAL
FOR SETTLEMENT PURPOSES

2

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN, SERVED MAY 4, 2007**

the reasonable attorneys fees and/or costs described above from the District, or from any current

or former official, officer, agent, or employee or any person who was an official, officer, agent,

or employee of the District based upon said Accepting Plaintiff's claims.

4.    The Settlement Amount is payable only from the funds of the District of

Columbia and may not be collected from any other defendant in this action or from any other

person or entity.

5.    Any judgment that may result from Lena Kaddoura, Megan McKee, Roberto

DeMoreas, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn's acceptance of this

offer may not be docketed, recorded, or reported for any purpose against any person or entity

other than the District of Columbia.

6. Other relief as detailed in the District of Columbia's May 31, 2007 letter attached as "Exhibit A."

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity Section I

s/ Robert J. Hildum
ROBERT J. HILDUM
Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6610
Attorneys for Defendants District of Columbia and John Doe officers #1-5

**CONFIDENTIAL
FOR SETTLEMENT PURPOSES**

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN, SERVED MAY 4, 2007**

~~ACCEPTED BY~~:

*Accepted, as modified, by:*

_____    on _____, 2007
LENA KADDOURA

_____    on _____, 2007
MEGAN MCKEE

_____    on _____, 2007
ROBERTO DEMOREAS

_____    on _____, 2007
JONATHAN MCINTOSH

_____    on _____, 2007
MORRIGAN PHILLIPS

_____    on _____, 2007
JOSH RAISLER COHN

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES**

4

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN, SERVED MAY 4, 2007**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2007, I caused the foregoing

### OFFER OF JUDGMENT TO PLAINTIFFS LENA KADDOURA, MEGAN MCKEE, ROBERTO DE MOREAS, JONATHAN MCINTOSH, MORRIGAN PHILLIPS, AND JOSH RAISLER-COHN PURSUANT TO FED. R. CIV. P. 68 BY DEFENDANT DISTRICT OF COLUMBIA

to be served By ELECTRONIC TRANSMISSION upon:

Abid R. Qureshi
Barry Blonien
Timothy Saunders
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004

Arthur B. Spitzer
Frederick V. Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, N.W, Suite 119
Washington, D.C. 20036

/s/ Robert J. Hildum
ROBERT J. HILDUM

**EXHIBIT A**

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General

Equity Section I
Civil Litigation Division



May 31, 2007

Barry J. Blonien, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

*Via: Electronic Mail*

Re: Kaddoura, et al v. District of Columbia, et al
    Settlement

Dear Barry:

As part of any settlement with the plaintiffs, the District and the MPD will agree to institute a new procedure for tracking the use of oleoresin capsicum ("pepper spray") during demonstrations. Within 90 days of the settlement of this action the MPD will amend their current procedures to reflect the following:

**Prior to the MK 46 (or any similar device) being assigned a determination would be made of the amount of oleoresin capsicum, or similar substance, contained in the MK 46.**

1. **The assignment of the MK 46 to specific Officers would be documented.**

2. **Upon returning the MK 46, the Officer assigned would complete a form noting whether or not they used the MK 46. The MK 46 would be measured and would be noted on the form with the pre-measurement amount.**

3. **Those forms would be forwarded to the Special Operations Commander.**

Once the policy is changed MPD Officers will be notified and will be trained accordingly to comply with the new policy.

May 31, 2007
Page 2 of 2

Sincerely,

LINDA SINGER
Attorney General for the District of Columbia


By: _____/s/_____
        Robert J. Hildum
        Assistant Attorney General

**REQUEST FOR JUDGMENT**
**EXHIBIT C**

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General

Equity Section I
Civil Litigation Division



May 31, 2007

Barry J. Blonien, Esq.
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

*Via: Electronic Mail*

Re: Kaddoura, et al v. District of Columbia, et al
    Settlement

Dear Barry:

As part of any settlement with the plaintiffs, the District and the MPD will agree to institute a new procedure for tracking the use of oleoresin capsicum ("pepper spray") during demonstrations. Within 90 days of the settlement of this action the MPD will amend their current procedures to reflect the following:

**Prior to the MK 46 (or any similar device) being assigned a determination would be made of the amount of oleoresin capsicum, or similar substance, contained in the MK 46.**

1. **The assignment of the MK 46 to specific Officers would be documented.**

2. **Upon returning the MK 46, the Officer assigned would complete a form noting whether or not they used the MK 46. The MK 46 would be measured and would be noted on the form with the pre-measurement amount.**

3. **Those forms would be forwarded to the Special Operations Commander.**

Once the policy is changed MPD Officers will be notified and will be trained accordingly to comply with the new policy.

May 31, 2007
Page 2 of 2

Sincerely,

LINDA SINGER
Attorney General for the District of Columbia


By: _____/s/_____
          Robert J. Hildum
          Assistant Attorney General

2

**REQUEST FOR JUDGMENT**
**EXHIBIT D**

Barry J. Blonien
Direct Dial: (202) 637-2109
Email: Barry.Blonien@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200 Fax: (202) 637-2201
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

VIA ELECTRONIC MAIL

June 1, 2007

Robert J. Hildum
Office of the Attorney General
    for the District of Columbia
441 Fourth Street, NW
Sixth Floor South
Washington, DC  20001

Re:     *Kaddoura et al. v. Dist. of Columbia*, Case No. 06-0099 (ESH)

Dear Rob:

I am writing to clarify the terms of the offer that the District of Columbia has proposed. As I understand the terms, the District has offered to allow judgment to be taken against it in exchange for payments to the plaintiffs in the amounts set forth in the original Rule 68 offers of May 4, 2007, and it will pay all reasonable claims for attorneys' fees and/or other costs accrued through June 1. The District of Columbia has also offered to institute a new procedure as outlined in you letter of May 31.

Please confirm whether that is correct. If you have any questions or concerns, please contact me as soon as possible.

Sincerely,

_____/s/_____

Barry J. Blonien
LATHAM & WATKINS LLP

**VIA ELECTRONIC MAIL**
**Page 2**

LATHAM&WATKINS LLP

cc: Arthur B. Spitzer
Frederick V. Mulhauser
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036

Abid R. Qureshi
Timothy D. Saunders
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304

**REQUEST FOR JUDGMENT**
**EXHIBIT E**

Barry J. Blonien
Direct Dial: (202) 637-2109
Email: Barry.Blonien@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200 Fax: (202) 637-2201
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

VIA ELECTRONIC MAIL

June 1, 2007

Robert J. Hildum
Office of the Attorney General
    for the District of Columbia
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001

      Re:    *Kaddoura et al. v. Dist. of Columbia*, Case No. 06-0099 (ESH)

Dear Rob:

    The District of Columbia has offered to allow judgment to be taken against it in exchange for payments to the plaintiffs in the amounts set forth in the original Rule 68 offers of May 4, 2007, and it has agreed to pay all reasonable claims for attorneys' fees and/or other costs accrued through June 1. The District of Columbia has also agreed to institute a new procedure as outlined in you letter of May 31.

    The plaintiffs accept this offer. We will prepare the court filing next week and send you a draft of the proposed judgment before sending it to the court. In the meantime, if you have any questions, please contact me.

    I appreciate your professionalism and courtesy throughout this matter.

        Sincerely,

              /s/

        Barry J. Blonien
        LATHAM & WATKINS LLP

**LATHAM&WATKINS**LLP

    cc:      Arthur B. Spitzer
                Frederick V. Mulhauser
                American Civil Liberties Union
                 of the National Capital Area
                1400 20th Street, N.W., Suite 119
                Washington, D.C. 20036

                Abid R. Qureshi
                Timothy D. Saunders
                Latham & Watkins LLP
                555 Eleventh Street, NW, Suite 1000
                Washington, DC 20004-1304

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LENA KADDOURA, *et al.,*          )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )        Civil Action No. 06-0099 (ESH)
                                  )
DISTRICT OF COLUMBIA, *et al.,*   )
                                  )
        Defendants.               )

## CERTIFICATE OF SERVICE

I, Barry J. Blonien, hereby certify that on June 1, 2007, I caused a true and correct copy

of the Correspondence of June 1, 2007, providing written notice of acceptance of the District of

Columbia's Offer of Judgment, to be sent by electronic means to:

Robert J. Hildum
Office of the Attorney General
  for the District of Columbia
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
Robert.Hildum@dc.gov

                        _____/s/ Barry J. Blonien_____
                        Barry J. Blonien

June 6, 2007

**REQUEST FOR JUDGMENT**
**EXHIBIT F**

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO
PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN,
SERVED MAY 4, 2007**

~~ACCEPTED BY~~:

*Accepted, as modified, by :*

_____    on  June 19, 2007 , 2007
LENA KADDOURA

_____    on _____, 2007
MEGAN MCKEE

_____    on _____, 2007
ROBERTO DEMOREAS

_____    on _____, 2007
JONATHAN MCINTOSH

_____    on _____, 2007
MORRIGAN PHILLIPS

_____    on _____, 2007
JOSH RAISLER COHN

**CONFIDENTIAL**                    4
**FOR SETTLEMENT PURPOSES**

OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO
PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN,
SERVED MAY 4, 2007
~~ACCEPTED BY~~:
Accepted, as modified, by :

_____     on _____, 2007
LENA KADDOURA

_Megan M'Kee_     on _June 14_ , 2007
MEGAN MCKEE

_____     on _____, 2007
ROBERTO DEMOREAS

_____     on _____, 2007
JONATHAN MCINTOSH

_____     on _____, 2007
MORRIGAN PHILLIPS

_____     on _____, 2007
JOSH RAISLER COHN

CONFIDENTIAL
FOR SETTLEMENT PURPOSES

4

OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO
PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN,
SERVED MAY 4, 2007

~~ACCEPTED BY:~~

Accepted, as modified, by :

_____     on _____, 2007

LENA KADDOURA

_____     on _____, 2007

MEGAN MCKEE

*Roberto de Moraes*                 on June 15th, 2007

ROBERTO DEMORAES

_____     on _____, 2007

JONATHAN MCINTOSH

_____     on _____, 2007

MORRIGAN PHILLIPS

_____     on _____, 2007

JOSH RAISLER COHN

CONFIDENTIAL
FOR SETTLEMENT PURPOSES

4

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN, SERVED MAY 4, 2007**

~~ACCEPTED BY:~~
Accepted, as modified, by :

_____    on _____, 2007
LENA KADDOURA

_____    on _____, 2007
MEGAN MCKEE

_____    on _____, 2007
ROBERTO DEMOREAS

_____    on ___June 13th_____, 2007
JONATHAN MCINTOSH

_____    on _____, 2007
MORRIGAN PHILLIPS

_____    on _____, 2007
JOSH RAISLER COHN

**CONFIDENTIAL**                    4
**FOR SETTLEMENT PURPOSES**

OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO
PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN,
SERVED MAY 4, 2007

~~ACCEPTED BY~~:

Accepted, as modified, by :

_____    on _____, 2007
LENA KADDOURA

_____    on _____, 2007
MEGAN MCKEE

_____    on _____, 2007
ROBERTO DEMOREAS

_____    on _____, 2007
JONATHAN MCINTOSH

_Morrigan Phillips_                  on _June 13th_ , 2007
MORRIGAN PHILLIPS

_____    on _____, 2007
JOSH RAISLER COHN

CONFIDENTIAL                    4
FOR SETTLEMENT PURPOSES

**OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS KADDOURA, MCKEE, DE MOREAS, MCINTOSH, PHILLIPS AND RAISLER-COHN, SERVED MAY 4, 2007**

~~ACCEPTED BY~~:

Accepted, as modified, by :

_____    on _____ , 2007
LENA KADDOURA

_____    on _____ , 2007
MEGAN MCKEE

_____    on _____ , 2007
ROBERTO DEMOREAS

_____    on _____ , 2007
JONATHAN MCINTOSH

_____    on _____ , 2007
MORRIGAN PHILLIPS

_____    on ____June 13_____ , 2007
JOSH RAISLER COHN

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES**

4

OFFERS OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO
PLAINTIFFS STEVENSON AND CAMPBELL, SERVED MAY 4, 2007

    4.    The Settlement Amount is payable only from the funds of the District of

Columbia and may not be collected from any other defendant in this action or from any other

person or entity.

    5.    Any judgment that may result from Emma Stevenson and Annie Campbell's

acceptance of this offer may not be docketed, recorded, or reported for any purpose against any

person or entity other than the District of Columbia.

6. *Other relief as desired in the District of Columbia's May 31, 2007 letter attached as "Exhibit A."*

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity Section I

s/ Robert J. Hildum
ROBERT J. HILDUM
Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6610
Attorneys for Defendants District of Columbia and John
Doe officers #1-5

*Accepted, as modified, by :*
ACCEPTED BY:

_____
EMMA STEVENSON

on _____June 15th____, 2007

_____
ANNIE CAMPBELL

on _____, 2007

No. 5285   P. 2

Jun. 22. 2007  5:30PM

**OFFERS OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 BY DISTRICT OF COLUMBIA TO PLAINTIFFS STEVENSON AND CAMPBELL, SERVED MAY 4, 2007**

4.    The Settlement Amount is payable only from the funds of the District of

Columbia and may not be collected from any other defendant in this action or from any other

person or entity.

5.    Any judgment that may result from Emma Stevenson and Annie Campbell's

acceptance of this offer may not be docketed, recorded, or reported for any purpose against any

person or entity other than the District of Columbia.

6. Other relief as detailed
in the District of Columbia's
May 31, 2007 letter attached
as "Exhibit A."

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity Section I

s/ Robert J. Hildum
ROBERT J. HILDUM
Assistant Attorney General
441-4th St., N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6610
Attorneys for Defendants District of Columbia and John

Accepted, as modified, by:

~~ACCEPTED BY:~~                                        Doe officers #1-5

_____    on _____, 2007
EMMA STEVENSON

Annie Campbell    on June 14th _____, 2007
ANNIE CAMPBELL

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES**

3