IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA KADDOURA,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0099 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ENTERED UNDER FED. R. CIV. P. 68

On June 28, 2007, plaintiffs Lena Kaddoura, Megan McKee, Roberto de Moraes, Jonathan McIntosh, Morrigan Phillips, Josh Raisler Cohn, Emma Stevenson, and Annie Campbell filed an Offer of Judgment under Rule 68 of the Federal Rules of Civil Procedure, a Notice of Acceptance of Offer of Judgment, and a Proof of Service. Therefore, under the provisions of Rule 68 of the Federal Rules of Civil Procedure,

IT IS ORDERED AND ADJUDGED that:

1. Judgment is hereby entered against the District of Columbia, and in favor of plaintiffs Lena Kaddoura, Megan McKee, Roberto de Moraes, Jonathan McIntosh, Morrigan Phillips, and Josh Raisler Cohn, in the amount of $150,000.00.

2. Judgment is hereby entered against the District of Columbia, and in favor of plaintiffs Emma Stevenson and Annie Campbell, in the amount of $75,000.00.

3. The District of Columbia must, within 90 days of the entry of this judgment, amend the Metropolitan Police Department's regulations to incorporate the following:

      1. Prior to an MK 46 (or any similar device) being issued to an officer, a determination is to be made of the amount of oleoresin capsicum, or similar substance, contained in the MK 46, and that amount is to be recorded.

      2. The assignment of a specific MK 46 to a specific Officer is to be recorded.

      3. Upon returning the MK 46, the Officer assigned is to complete a form noting whether or not he or she used the MK 46. The contents of the MK 46 are to be measured and the amount is to be recorded.

      4. Those forms are to be forwarded to the Commander, Special Operations Division, and are to be retained for at least three years.

      5. MPD Officers are to be notified of these new policies and are to be trained to comply with the new policy;

4. The District of Columbia must pay the plaintiffs' reasonable attorneys' fees and costs accrued through June 1, 2007, in an amount to be determined by the Court.

5. Acceptance of this offer of judgment by Lena Kaddoura, Megan McKee, Roberto de Moraes, Jonathan McIntosh, Morrigan Phillips, Josh Raisler Cohn, Emma Stevenson, and Annie Campbell is made in resolution and satisfaction of all claims that have been, could have been, or could be brought by Lena Kaddoura, Megan McKee, Roberto de Moraes, Jonathan McIntosh, Morrigan Phillips, Josh Raisler Cohn, Emma Stevenson, and Annie Campbell against the District of Columbia and any and all persons who are now or ever have been agents, employees, officers, or officials of the District of Columbia at any time. Further, by accepting this offer of judgment, Lena Kaddoura, Megan McKee, Roberto de Moraes, Jonathan McIntosh, Morrigan Phillips, Josh Raisler Cohn, Emma Stevenson, and Annie Campbell agree to hold the District of Columbia and any and all

persons who are now or ever have been agents, employees, officers, or officials of the District of Columbia at any time harmless from any claims that have been, could have been, or could be brought against them by any other persons or entities in this matter.

6. The District of Columbia and any and all defendants in this case who are now or ever have been agents, employees, officers, or officials of the District of Columbia at any time deny culpability and/or liability for or upon any claims asserted by Lena Kaddoura, Megan McKee, Roberto de Moraes, Jonathan McIntosh, Morrigan Phillips, Josh Raisler Cohn, Emma Stevenson, and Annie Campbell in this matter.  Entry of judgment based upon this Offer shall have no collateral estoppel or res judicata effect, whatsoever, or otherwise preclude these defendants from asserting any defense.

7. This Judgment is payable only from the funds of the District of Columbia and may not be collected from any other defendant in this action or from any other person or entity.

June ___, 2007

_____
Nancy Mayer-Whittington, CLERK
United States District Court for the District of Columbia

Persons to be served:

Abid R. Qureshi (D.C. Bar No. 459227)
Barry J. Blonien (DC Bar No. 499590)
Timothy D. Saunders (DC Bar No. 499567)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Abid.Qureshi@lw.com

Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar No. 455377)
AMERICAN CIVIL LIBERTIES UNION
OF THE NATIONAL CAPITAL AREA
1400 20th Street, N.W. Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868

Denise J. Baker
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 4th Street, NW
Room 6S028
Washington, DC 20001
202-442-9887
Fax: 202-727-0431
Email: denise.baker@dc.gov

Robert Hildum
DISTRICT OF COLUMBIA OFFICE OF ATTORNEY GENERAL
441 Fourth Street, NW
6th Floor South
Washington, DC 20008
(202) 724-6642
Email: robert.hildum@dc.gov