IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA KADDOURA,** *et al.,* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0099 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

### JOINT MOTION FOR A STATUS CONFERENCE REGARDING ATTORNEYS' FEES AND EXPENSES

Pursuant to Federal Rule of Civil Procedure 54(d) and Local Civil Rule 54.2, and pursuant to the Judgment entered by this Court on June 29, 2007, the parties hereby move for the entry of an order scheduling a status conference on or after October 1, 2007, at which time the parties will inform the Court whether they have been able to reach an agreement on any or all aspects of attorneys' fees and costs.

As provided in the Judgment, the District of Columbia is now liable for plaintiffs' reasonable attorneys' fees and expenses accrued through June 1, 2007. The parties are presently negotiating the amount of attorneys' fees and expenses, and are hopeful that they can resolve these issues without court intervention. However, in the event the parties are unable to reach agreement, they will so inform the Court at the status conference and will ask the Court to establish a briefing schedule for the resolution of these issues.[*]

---

[*] If the parties are able to settle these matters before the date of the status conference they will, of course, so inform the Court so that the conference can be cancelled.

For the foregoing reasons, the parties respectfully request that the Court grant this Motion, and schedule the status conference as requested.

Respectfully submitted,

_____/s/ Abid R. Qureshi_____
Abid R. Qureshi (D.C. Bar No. 459227)
Barry J. Blonien (DC Bar No. 499590)
Timothy D. Saunders (DC Bar No. 499567)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
*Counsel for Plaintiffs*

Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar No. 455377)
AMERICAN CIVIL LIBERTIES UNION
   OF THE NATIONAL CAPITAL AREA
1400 20th Street, N.W. Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
*Of Counsel*

Robert J. Hildum
Assistant Attorney General, D.C.
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
Tel: (202) 724-9887
Fax: (202) 727-0431
*Counsel for Defendant District of Columbia*

August 6, 2007