IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LENA KADDOURA,** *et al.,*        ) | |
| )  | |
|    **Plaintiffs,**        ) | |
| )  | |
|    v.                              ) | Civil Action No. 06-0099 (ESH) |
| )  | |
| **DISTRICT OF COLUMBIA,** *et al.,* ) | |
| )  | |
|    **Defendants.**        ) | |

**ORDER FOR STATUS CONFERENCE REGARDING
ATTORNEYS' FEES AND COSTS**

Upon consideration of the parties' Joint Motion for a Status Conference Regarding Attorneys' Fees, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further **ORDERED** that a status conference regarding the amount of attorneys' fees to be paid under the Judgment is scheduled for _____, 2007 at _____ a.m. If by that time the parties have been unable to resolve plaintiffs' claims for attorneys' fees and costs, a briefing schedule to litigate the issue will be established.

So **ORDERED** this ___ day of _____, 2007.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Attorneys Entitled to be Notified of Entry of Order:

**Denise J. Baker**
Office of the Attorney General for
the District of Columbia
441 4th Street, NW
Room 6S028
Washington, DC 20001
Tel: (202) 442-9887
Fax: (202 727-0431
denise.baker@dc.gov

**Robert Hildum**
Office of the Attorney General for
the District of Columbia
441 4th Street, NW
6th Floor South
Washington, DC 20008
Tel: (202) 724-6642
Fax: (202) 727-0431
robert.hildum@dc.gov

**Abid Qureshi**
Latham & Watkins, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
abid.qureshi@lw.com

**Arthur B. Spitzer**
American Civil Liberties Union
of the National Capital Area
1400 20th Street, N.W. Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com