UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | No. 07 CV 889 (TFH) |
| : | |
| DISTRICT OF COLUMBIA, *et al.* : | |
| : | |
| Defendants. : | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of Ellen A. Efros, Esq. as counsel for Defendants in the above-captioned case.

Respectfully submitted,

Linda Singer
Acting Attorney General, DC

GEORGE C. VALENTINE
Deputy Attorney General, DC
Civil Litigation Division

 /s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
ellen.efros@dc.gov