UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
LENA KADDURA, *et al.*,            )
                                   )
       Plaintiffs,              )
                                   )   Case Number: 1:06CV00099
    v.                             )   Judge: Ellen Segal Huvelle
                                   )   Date:   November 5, 2007
DISTRICT OF COLUMBIA, *et al.*,    )
                                   )
       Defendants.              )
_____)

## NOTICE OF ENTRY OF APPEARANCE OF LEAH BROWNLEE TAYLOR, AS COUNSEL

Please enter the appearance of Leah Brownlee Taylor, Assistant Attorney General, as counsel for the defendant, District of Columbia, in the above-captioned matter.

Pursuant to the Local Rules of the United States District Court for the District of Columbia, Leah Taylor has registered with the Clerk's office as a Government Attorney.

                    Respectfully submitted,

                    LINDA SINGER
                    Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General, Civil Litigation Division

                      /s/   Ellen Efros_____
                    ELLEN EFROS [250746]
                    Chief, Equity, Section I

                      /s/   Leah Taylor_____
                    LEAH BROWNLEE TAYLOR [488966]

Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov