UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LENA KADDURA,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 06-0099 (ESH/JMF) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## ORDER OF REFERRAL

Based upon the parties' request that this case be referred for mediation before a United States Magistrate Judge, it is hereby

**ORDERED** that this matter is referred to Magistrate Judge Alan Kay for settlement discussions to begin on or about November 26, 2007. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　United States District Judge

Date:   November 26, 2007

cc:     Magistrate Judge Alan Kay