## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LENA KADDOURA,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0099 (ESH)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and pursuant to the Judgment entered by this Court on June 29, 2007, it is hereby stipulated and agreed as follows:

1. The parties have agreed to resolve the issue of attorneys' fees and costs accrued to date for a payment of $180,000.00, which shall be paid to the American Civil Liberties Union of the National Capital Area for appropriate distribution among plaintiffs' counsel.

2. Payment of that sum shall constitute full settlement and satisfaction of all claims concerning attorneys' fees and costs accrued to date in connection with this litigation.

3. Upon payment of that sum, this action shall stand dismissed with prejudice.

IT IS SO STIPULATED

Dated: May 19, 2008

> _____/s/ Abid R. Qureshi_____
> Abid R. Qureshi (D.C. Bar No. 459227)
> Barry J. Blonien (DC Bar No. 499590)
> Timothy D. Saunders (DC Bar No. 499567)
> LATHAM & WATKINS LLP
> 555 Eleventh Street, N.W., Suite 1000
> Washington, DC 20004
> Tel: (202) 637-2200
> Fax: (202) 637-2201
> *Counsel for Plaintiffs*

Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar No. 455377)
AMERICAN CIVIL LIBERTIES UNION
    OF THE NATIONAL CAPITAL AREA
1400 20th Street, N.W. Suite 119
Washington, D.C. 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
*Of Counsel*


PETER J. NICKLES
Interim Attorney General for the District of
Columbia
GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation
Division

            /s/   Ellen Efros_____
ELLEN EFROS [250746]
Chief, Equity, Section I

            /s/    Leah  Taylor_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov
*Counsel for Defendant District of Columbia*


IT IS SO ORDERED

Dated: _____, 2008


_____
ELLEN SEGAL HUVELLE
United States District Judge